LOUIS BAER, Appellant, *v.* SHERIFF, HUMBOLDT COUNTY, NEVADA, Respondent.

No. 7514

November 8, 1973              515 P.2d 397

*Stanley H. Brown* and *Harold G. Albright,* of Reno, for Appellant.

*Robert List,* Attorney General, Carson City; and *William Macdonald,* District Attorney, Humboldt County, for Respondent.

## OPINION

*Per Curiam:*

This appeal is without merit. The order of the trial court is affirmed.